Filing # 169166189 E-Filed 03/20/2023 07:28:15 PM

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT IN AND
FOR FLAGLER COUNTY, FLORIDA

CASE NO:

TIFFANY KERSEY,

      Plaintiff,

v.

WALMART, INC. a Foreign Profit
Corporation,

      Defendants.

_____/

## **COMPLAINT**

Plaintiff, TIFFANY KERSEY, by and through his/her undersigned attorneys, sues the Defendant, WALMART, INC, and states as follows:

1)     This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2)     At all times material to this action, Plaintiff, TIFFANY KERSEY was a natural person residing in Palm Coast, Flagler County, Florida.

3)     At all times material to this action, Defendant, WALMART, INC, was a Foreign Profit Corporation, licensed to do business and doing business in the State of Florida, as a department store which is open to the public. with a location in Palm Coast, Flagler County, Florida.

4)     At all times material hereto, Defendant, WALMART, INC,, maintained its Principal Place of Business at the following location: 702 SW 8th Street, Bentonville, AR 72716.

5)      At all times material to this action, Defendant, WALMART, INC, was in possession and control of a retail establishment located at 174 Cypress Point Pkwy, Palm Coast, Florida 32164.

6)      On or about December 21, 2022, while Plaintiff, TIFFANY KERSEY, was lawfully on Defendant's premises located at the above address as a business invitee, Plaintiff, TIFFANY KERSEY, slipped on a transitory substance, and, as a consequence, Plaintiff, TIFFANY KERSEY fell forcefully to the ground and sustained severe bodily injury.

7)      Defendant, WALMART, INC, had a duty to its invitees, including Plaintiff, TIFFANY KERSEY, to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

8)      At the above time and place, Defendant, WALMART, INC, breached its duties owed to Plaintiff, TIFFANY KERSEY, by committing one or more of the following omissions or commissions:

a.  Negligently failing to maintain or adequately maintain the floor, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

b.  Negligently failing to inspect or adequately inspect the cleanliness of the floor, as specified above, to ascertain whether the transitory substance on the floor constituted a hazard to pedestrians utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

     c.  Negligently failing to warn or adequately warn Plaintiff of the danger of the transitory substance on the floor, when the Defendant knew or through exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of the same; and

     d.  Negligently failing to correct or adequately correct the unreasonably dangerous condition of the transitory substance on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8.    As a direct and proximate result of the negligence of Defendant, WALMART, INC, Plaintiff, TIFFANY KERSEY suffered bodily injury in and about is body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, TIFFANY KERSEY, demands judgment for damages against Defendant, WALMART INC, for personal injury including the losses enumerated herein, costs, interest and for such other and further relief as may be just and equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff, TIFFANY KERSEY, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 20th day March 2023.

> _s/_ Cosmo Bloom
> Cosmo Bloom, Esq.
> Florida Bar No.: 657451
> Todd Gretton, Esq.
> Florida Bar No.: 46747
> DAN NEWLIN INJURY ATTORNEYS
> 7335 W. Sand Lake Road; Suite 300
> Orlando, FL 32819
> Direct: (352) 663-8400
> Fax: (407) 216-8472
> Attorneys for Plaintiff
> **_Service Email:_**
> BloomPleadings@newlinlaw.com
> Email **_NOT FOR PLEADINGS:_**
> Cosmo.Bloom@newlinlaw.com
> Todd.gretton@newlinlaw.com
> Sophia.Gribbin@newlinlaw.com
> Jessica.Ruiz@newlinlaw.com
> Kajal.Patel@newlinlaw.com