UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIFFANY KERSEY,

    Plaintiff,

v.                                        CASE NO. 3:24-cv-191-HES-LLL

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## O R D E R

This matter is before this Court on a "Joint Notice of Settlement" (Dkt. 38) explaining that the parties have reached a settlement and requesting that all deadlines in this case be stayed so the parties may complete the settlement.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this <u>14th</u> day of January 2025.

<u>/s/ Harvey E. Schlesinger</u>
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Cosmo Cromarty Bloom, Esq.
Todd W. Gretton, Esq.
Christine M. Manzo, Esq.
Nicholas G. Neville, Esq.
Ryan D. Rodriguez, Esq.