UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIFFANY KERSEY,
    Plaintiff,

v.                                    CASE NO. 3:24-cv-191-HES-LLL

WAL-MART STORES EAST, LP,
    Defendant.
_____/

### ORDER

This matter is before this Court on a "Joint Stipulation for Dismissal with Prejudice" (Dkt. 42).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation for Dismissal with Prejudice" (Dkt. 42) is **GRANTED**, and this action is dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses as to each other. This Court reserves jurisdiction to enforce any post-settlement matters, and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this _5_ day of March 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Cosmo Cromarty Bloom, Esq.
Christine M. Manzo, Esq.
Nicholas G. Neville, Esq.
Ryan D. Rodriguez, Esq.